UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-33505 |
|---|---|
| RICKI RICHARD TUCKER | (Chapter 13) |
| PATRICE JEAN TUCKER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3970491**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 52 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 71.48 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/25/2009

Certificate of Service     05-33505

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RICKI RICHARD TUCKER | THOMAS D BERRY | (52.1) |
| PATRICE JEAN TUCKER | 1839 EAST STROOP RD | AMERICAN HOME MORTGAGE |
| 2637 KEENAN AVENUE | DAYTON, OH  45429 | BOX 631730 |
| DAYTON, OH  45414 | | IRVING, TX  75063 |
| | | |
| (47.1n) | (50.1n) | |
| CHECK EXCHANGE | ECAST SETTLEMENT CORPORATION | |
| 644 N BROADWAY | BOX 35480 | |
| LEXINGTON, KY  40508 | NEWARK, NJ  07193 | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs